NO. 07-03-0223-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

AUGUST 12, 2003

______________________________

ED CAIN, HARDIN COUNTY SHERIFF AND

DAVID A. SHEFFIELD, COUNTY ATTORNEY, APPELLANTS

V.

KEVIN WILSON, APPELLEE

_________________________________

FROM THE 356
TH
 DISTRICT COURT OF HARDIN COUNTY;

NO. 42,906; HONORABLE BRITT PLUNK, JUDGE

_______________________________

Before QUINN and REAVIS and CAMPBELL, JJ.

MEMORANDUM OPINION

Ed Cain and David Sheffield, appellants, appeal the trial court’s order denying their plea to its jurisdiction.  We must dismiss the appeal.  

Appellants’ brief was due June 30, 2003. By letter dated July 9, 2003, we notified appellants that the due date for the brief had passed, and that we had received neither their brief nor a motion for extension of time to file it. Citing Tex. R. App. Proc. 38.8, the letter also notified appellants that the appeal would be subject to dismissal unless a response reasonably explaining their failure to file a brief, together with a showing that the appellee has not been significantly injured by the failure, was submitted by July 22, 2003. Appellants have not filed such a response, nor have they since submitted a brief or a motion for extension of time. 

Accordingly, having given all parties more than the required ten days’ notice, we dismiss the appeal. 
Tex. R. App. Proc
. 38.8(a)(1); 42.3(b).

James T. Campbell

       Justice